O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY EUGENE POWERS, JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>JERRY DAVENPORT, et al.,<br><br>        Defendants. | Case No. #2:25-cv-00974-CV-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 7).  No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.  The Court mailed a copy of the Report and Recommendation to Plaintiff Jeffery Eugene Powers, which was returned as undeliverable.  (Dkt. 9.)  The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

//

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Complaint without prejudice due to Plaintiff's failure to keep the Court apprised of a valid mailing address in violation of Local Rule 41-6.

DATED:  8/26/25                     ____*Cynthia Valenzuela*____
                                    CYNTHIA VALENZUELA
                                    UNITED STATES DISTRICT JUDGE