JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY EUGENE POWERS, JR., <br><br> Plaintiff, <br><br> v. <br><br> JERRY DAVENPORT, et al., <br><br> Defendants. | Case No. 2:25-cv-00974-CV-KES <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice.

DATED: 8/26/25

*Cynthia Valenzuela*
CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE